```
                                          U.S. DISTRICT COURT
                                            DISTRICT OF N.H.
                                                FILED
```

UNITED STATES DISTRICT COURT

APR 27  5 25 PM '06

DISTRICT OF NEW HAMPSHIRE

IN THE MATTER OF
    HONG TANG

## O R D E R

By letter dated April 12, 2006, the petitioner seeks special admission to the bar of this court, pursuant to LR 83.1(c). A motion should have been filed, but the court will treat the letter as a motion. The materials filed by petitioner in support of his motion suggest no special circumstances warranting excusal of the usual admissions requirements set out in LR 83.1, nor is any pressing need for a special admission disclosed. It is not even apparent that petitioner has been admitted to the practice of law by the highest court of any state or the District of Columbia. And, petitioner does not seem to be involved in pending litigation in this court, a circumstance that might warrant pro hac vice admission.

The motion for special admission to the bar of this court is necessarily denied as there are no special circumstances justifying an exception to the usual admissions process, which petitioner is, of course, free to pursue.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

April 25, 2006

cc:  Hong Tang, 820 Talisman Dr., Palo Alto, CA 94303